**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lorenzo NEVAREZ TREVIZO,**
**Defendant–Appellant.**

**No. 08–50274.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.\*

Filed Oct. 9, 2009.

Ariel Neuman, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of The U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Before SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM \*\*

Lorenzo Nevarez Trevizo appeals from his guilty-plea conviction and 57–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Trevizo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.